Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bonnie J. Parker**
  Debtor(s)

Bankruptcy Case No.: 18–10360–TPA
Related to Docket No. 67
Chapter: 13
Docket No.: 68 – 67
Concil. Conf.: 10/6/20 at 01:30 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 1, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 22, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **10/6/20** at **01:30 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 23, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bonnie J. Parker  
    Debtor

Case No. 18-10360-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: lmar    Page 1 of 2    Date Rcvd: Jul 23, 2020  
               Form ID: 213    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2020.
```
db              +Bonnie J. Parker,    11772 Route 89,    Wattsburg, PA 16442-2014
15121084         GC Asset Trust 2019-RPL1,    PO Box 814609,    Dallas, TX 75381-4609
14871668         JPMorgan Chase Bank, N.A.,    Chase Records Center,    ATTN: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane, Monroe, LA 71203
14865067        +LSF10 Master Participation Trust,    Caliber Home Loans,    13801 Wireless Way,
                  Oklahoma City, OK 73134-2500
14814824        +Trac/CBCD/Citicorp,    Citicorp Credit/Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195-0507
14860785         UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 24 2020 03:57:06
                  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    3415 Vision Drive,    Columbus, OH 43219
14814817       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jul 24 2020 03:56:02    Caliber Home Loans,
                  Attn: Cash Operations,    Po Box 24330,    Oklahoma City, OK 73124-0330
14814819       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2020 03:54:58    Comenitycapital/dvdsbr,
                  Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14814815       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 24 2020 03:54:53    Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
14814818        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 24 2020 03:57:53    Chase Mortgage,
                  Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224
14814820       +E-mail/Text: nod.referrals@fedphe.com Jul 24 2020 03:54:47    LSF10 MASTER PARTICIPATION TRUST,
                  c/o Phelan, Hallinan & Schmieg, LLP,    1617 JFK Blvd - Suite 1400,
                  Philadelphia, PA 19103-1814
14867381        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 24 2020 03:57:53    MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14814821       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 24 2020 03:57:32
                  Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
14863776        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2020 03:57:13
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14816322       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2020 03:58:00
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14850166        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 03:55:15
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA 17128-0946
14814816       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2020 03:55:15
                  Pennsylvania Department of Revenue,    Department 280946,    Harrisburg, PA 17128-0001
14814822       +E-mail/Text: nod.referrals@fedphe.com Jul 24 2020 03:54:48    Phelan, Hallinan & Schmieg, LLP,
                  ATTN: Peter Wapner , Esq.,    1617 JFK Blvd - Suite 1400,    Philadelphia, PA 19103-1814
14868035        E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2020 03:55:07
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA 98083-0788
14814823       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2020 03:57:26    Syncb,    Po Box 965060,
                  Orlando, FL 32896-5060
                                                                                              TOTAL: 15
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              LSF10 MASTER PARTICIPATION TRUST
cr              Wilmington Savings Fund Society, FSB
cr*             GC Asset Trust 2019-RPL1,    PO Box 814609,    Dallas, TX 75381-4609
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14983988*      +LSF10 MASTER PARTICIPATION TRUST,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                  OKLAHOMA CITY OK 73134-2500
                                                                                  TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                        Signature: /s/Joseph Speetjens

```
District/off: 0315-1         User: lmar              Page 2 of 2              Date Rcvd: Jul 23, 2020
                             Form ID: 213            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey G. Herman    on behalf of Debtor Bonnie J. Parker JeffreyHerman@Live.com,
               sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com
              Jerome B. Blank    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas    Song    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com
                                                                                               TOTAL: 7
```