**Form 237**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Bonnie J. Parker** | : | Case No. 18−10360−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Wilmington Savings Fund Society, FSB, not in its | : | |
| individual capacity, but solely as trustee of GCAT | : | |
| 2019−RPL1 Trust | : | Related to Claim No. 5 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Bonnie J. Parker | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER

    **AND NOW**, this **The 1st of February, 2021,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019−RPL1 Trust* at Claim No. 5 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that **on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an *AMENDED CHAPTER 13 PLAN;*

    (2)   a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-10360-TPA
Bonnie J. Parker                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: lfin                                  Page 1 of 2
Date Rcvd: Feb 01, 2021                       Form ID: 237                                 Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bonnie J. Parker, 11772 Route 89, Wattsburg, PA 16442-2014 |
| | + | Kinnera Bhoopal, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Ga 30076-2102 |
| 15121084 | | GC Asset Trust 2019-RPL1, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | GC Asset Trust 2019-RPL1, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021                       Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Jeffrey G. Herman | |
| | on behalf of Debtor Bonnie J. Parker JeffreyHerman@Live.com |
| | sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Jerome B. Blank | |
| | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com |
| Kevin Scott Frankel | |

on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

Thomas Song
                    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com


TOTAL: 7