FILED
2/22/21 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BONNIE J. PARKER | : | Case No. 18-10360-TPA |
| | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY FSB | : | Related to Claim No. 5-2 |
| *Movant(s)* | : | |
| | : | |
| v. | : | |
| | : | |
| BONNIE J. PARKER and RONDA J. WINNECOUR, TRUSTEE, | : | Hearing: March 11, 2021 at 12:00 P.M. |
| | : | |
| *Respondent(s)* | : | |

**ORDER**

On January 29, 2021, LSF9 Master Participation Trust filed a ***Notice of Mortgage Payment Change*** regarding Claim No. 5-2. On or before February 19, 2021, in compliance with *W.PA.LBR 3002-4*, the Debtor was required to file an Amended Chapter 13 Plan, a Declaration of current Plan's sufficiency to pay the new payment amount, or an Objection to the *Notice*. To date the Debtor has failed to comply with *W.PA.LBR 3002-4*. Therefore,

***AND NOW***, this **22nd** day of ***February, 2021***, it is hereby **ORDERED, ADJUDGED and DECREED** that a status conference is scheduled on ***March 11, 2021*** at ***12:00 P.M.*** at which time the parties and/or their counsel must participate remotely by using the Zoom Video Conference Application (hereinafter "Zoom").

1

To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: **Meeting ID: 160 2130 3488**. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Helbling, at 814-464-9781. *All Attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

Thomas P. Agresti, Judge
United States Bankruptcy Court

ljm

Case Administrator to serve:
    Jeffrey Herman, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10360-TPA |
| Bonnie J. Parker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lfin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2021:**

**Recip ID        Recipient Name and Address**
db            + Bonnie J. Parker, 11772 Route 89, Wattsburg, PA 16442-2014

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2021              Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

**Name**                                **Email Address**

Brian Nicholas
                                        on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Jeffrey G. Herman
                                        on behalf of Debtor Bonnie J. Parker JeffreyHerman@Live.com
                                        sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com

Jerome B. Blank
                                        on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com

Kevin Scott Frankel
                                        on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com

Office of the United States Trustee
                                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-1        User: lfin        Page 2 of 2
Date Rcvd: Feb 22, 2021        Form ID: pdf900        Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST pawb@fedphe.com

TOTAL: 7