UNITED STATED BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| BONNIE J. PARKER | : | CASE NO. 18-10360-TPA |
| | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of GCAT 2019-RPL-1 Trust | : | RELATED TO CLAIM NO. 5-2 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| BONNIE J. PARKER | : | |
| RONDA J. WINNECOUR, Esq. Trustee | : | |
| | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that on February 25, 2021, I served a copy of the **DECLARATION RE: CHAPTER 13 PLAN PAYMENT** upon the parties at the addresses specified below:

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail and/or Electronically

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the hearing "Service by Electronic Notification," and those served by mail will be listed under the hearing "Service by First-Class, Mail.

**Service by Electronic Notification:**

Attorney Ronda J. Winnecour, Trustee      cmecf@chapter13trusteewdpa.com

McCalla, Raymer, Leibert, Peirce, LLC      Kinnera.Bhoopal@mccalla.com

for Wilmington Savings Fund Society, FSB, not
in its individual capacity, but solely as trustee
of GCAT 2019-RPL-1 Trust

EXECUTED ON:  February 25. 2021

                        Respectfully Submitted,

                        S/   Jeffrey G. Herman
                        Jeffrey G. Herman, Esq. PA LIC #82001
                        HERMAN & HERMAN, LLC
                        114 High Street  PO Box 455
                        Waterford, PA 16441
                        PHONE  (814) 796-1987
                        FAX  (814) 796-0726
                        E-MAIL  JeffreyHerman@Live.com