**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

**IN RE:**  **CASE NO.: 18-10360-TPA**
**CHAPTER 13**

**Bonnie J. Parker,**
  **Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112

By: \_/s/Charles Wohlrab\_
   Charles Wohlrab, Esquire
   Pennsylvania Bar No. 314532
   Email: CWohlrab@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

BONNIE J. PARKER
11772 ROUTE 89
WATTSBURG, PA 16442

And via electronic mail to:

JEFFREY G. HERMAN
114 HIGH STREET PO BOX 455
WATERFORD, PA 16441

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

U.S. TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

                                          By: /s/ VJ Allen
                                          VJ Allen
                                          Email: viallen@rascrane.com