IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-10360 |
| BONNIE J. PARKER | : | |
| | : | |
| Debtor | : | CHAPTER 13 |
| _____ | : | |
| | : | |
| BONNIE J. PARKER | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| RONDA J. WINNECOUR, TRUSTEE | : | |
| | : | |
| Respondent | : | |

**CERTIFICATE OF NO OBJECTION**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*** filed on **April 7, 2021** has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*** appears thereon.

    Pursuant to the Notice of Hearing, objections to the ***DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*** were to be filed and served **no later than April 26, 2021.**
.

    It is hereby respectfully requested that the Order attached to the ***DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE*** be entered by the court.

**Dated:  April 27, 2021**                                           Respectfully Submitted,

                                                                       S/    Jeffrey G. Herman
                                                                       Jeffrey G. Herman, Esq. PA LIC #82001
                                                                       HERMAN & HERMAN, LLC
                                                                       ATTORNEY FOR THE DEBTOR
                                                                       114 High Street
                                                                       Waterford, PA 16441
                                                                       PHONE  (814) 796-1987
                                                                       E-MAIL  JeffreyHerman@Live.com