**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BONNIE J. PARKER | Case No.:18-10360 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/18/2018 and confirmed on 11/19/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 40,688.30 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 40,688.30 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,826.98 | |
|   Trustee Fee | 2,002.43 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,829.41 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   GC ASSET TRUST 2019-RPL1<br>    Acct: 1749 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 0284 | 0.00 | 18,877.00 | 0.00 | 18,877.00 |
|   GC ASSET TRUST 2019-RPL1<br>    Acct: 1749 | 3,255.72 | 3,255.72 | 0.00 | 3,255.72 |
|   GC ASSET TRUST 2019-RPL1<br>    Acct: 1131 | 0.00 | 12,726.17 | 0.00 | 12,726.17 |
|   GC ASSET TRUST 2019-RPL1<br>    Acct: 1749 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JPMORGAN CHASE BANK NA<br>    Acct: 0284 | 977.40 | 0.00 | 0.00 | 0.00 |
| | | | | 34,858.89 |
| **Priority** | | | | |
|   JEFFREY G HERMAN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BONNIE J. PARKER<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| 18-10360 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 3 |
| Priority | | | | | |
| | HERMAN & HERMAN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY G HERMAN ESQ | 3,150.00 | 2,826.98 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY G HERMAN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 905.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6931 | | | | |
| | PA DEPARTMENT OF REVENUE* | 932.17 | 0.00 | 0.00 | 0.00 |
| | Acct: 6931 | | | | |
| | | ***NONE*** | | | |
| Unsecured | | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMENIT | 1,538.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 5196 | | | | |
| | MERRICK BANK | 1,231.23 | 0.00 | 0.00 | 0.00 |
| | Acct: 1972 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 509.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 0576 | | | | |
| | TRAC CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4982 | | | | |
| | INTERNAL REVENUE SERVICE* | 3,310.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 6931 | | | | |
| | PA DEPARTMENT OF REVENUE* | 176.83 | 0.00 | 0.00 | 0.00 |
| | Acct: 6931 | | | | |
| | UPMC HEALTH SERVICES | 1,264.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 6931 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9017 | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VICTORIA HARTMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID CRANE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                           34,858.89

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 1,837.17 |
| SECURED | 4,233.12 |
| UNSECURED | 8.031.23 |

Date: 06/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com